Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 3**

MAGNUM MAGNETICS CORPORATION

                                                **S U M M O N S**

                              **Plaintiff,**

        **v.**                                  Case No. 12-254

**UNITED STATES,**

                              **Defendant.**

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

    **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                              **/s/ Mario Toscano**
                              Clerk of the Court

1.   Magnum Magnetics Corp., domestic producer and interested party
    _____
    (Name and standing of plaintiff)

2.   U.S. Department of Commerce Final Scope Ruling on Antidumping and
    Countervailing Duty Orders, Raw Flexible Magnets from China
    (A-570-922; C-570-923), Request by Siffron
    _____
    (Brief description of contested determination)

3.   August 9, 2022
    _____
    (Date of determination)

4.   Not applicable; scope rulings are not published in Federal Register
    _____
    (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Jeremy W. Dutra                      Name, Address, Telephone Number
                                         and E-mail Address of Plaintiff's Attorney
_____
Signature of Plaintiff's Attorney         Jeremy W. Dutra
                                          Squire Patton Boggs (US) LLP
September 8, 2022                          2550 M Street, NW, Washington, DC 20037
_____          (202) 626-6237  jeremy.dutra@squirepb.com
        Date

**SEE REVERSE SIDE**

Form 3-2

### SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons.  For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)