## UNITED STATES COURT OF INTERNATIONAL TRADE

**Before: The Honorable Jennifer Choe-Groves**

| | |
|---|---|
| **MAGNUM MAGNETICS CORPORATION,**<br>            Plaintiff,<br>    v.<br>**UNITED STATES,**<br>            Defendant,<br>    and<br>**FASTENERS FOR RETAIL, INC. D/B/A SIFFRON,**<br>            Defendant-Intervenor. | **Court No. 22-00254** |

## NOTICE OF APPEAL

Notice is given that Magnum Magnetics Corporation, Plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the Federal Circuit from the Opinion and Order (Slip Op. 23-140) entered in this action on September 26, 2023 (Dkt. No. 32) and from the Judgment entered in this action on September 26, 2023 (Dkt. No. 33).

Date: November 14, 2023

Respectfully submitted,

*/s/ Jeremy W. Dutra*
Jeremy W. Dutra
jeremy.dutra@squirepb.com
Ritchie T. Thomas
ritchie.thomas@squirepb.com

SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000

*Counsel to Plaintiff*
*Magnum Magnetics Corporation*

1099347902\1\AMERICAS