# United States Court of Appeals
# for the Federal Circuit

———————————

**MAGNUM MAGNETICS CORP.,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES, FASTENERS FOR RETAIL, INC., dba Siffron,**

*Defendants-Appellees*

———————————

2024-1164

———————————

Appeal from the United States Court of International Trade in No. 1:22-cv-00254-JCG, Judge Jennifer Choe-Groves.

———————————

**MANDATE**

———————————

In accordance with the judgment of this Court, entered February 17, 2026, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

April 10, 2026
Date

Jarrett B. Perlow
Clerk of Court